USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1142 PRASEUTH PANTHONG, Plaintiff, Appellant, v. MARY E. MAHONEY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ____________________ Praseuth Panthong on brief pro se. _________________ Terence P. O'Malley, Associate Counsel, University of _______________________ Massachusetts, on brief for appellee. ____________________ May 22, 1997 ____________________ Per Curiam. The order that this court issued on ___________ December 4, 1995 in appeal no. 95-2043 established that the notice of default that appellant previously secured was properly vacated and thus is null and void. That default did not provide appellant with any basis for filing the bankruptcy petition that gives rise to the present appeal. Accordingly, the judgment of the district court is affirmed. ________ See Local Rule 27.1. Appellant's request for payment of an ___ administrative expense is moot. ____ -2-